| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | 4:25-mj-00453 |
| | ) | |
| Bazile Richardson | ) | |

## Letters in Support of Mr. Richardson's Opposition to the Government's Motion for Detention

Bazile Richardson, through counsel and pursuant to 18 U.S.C. § 3142(g)(3), respectfully submits the attached character letters in support of his request for conditions of release. These letters reveal the depth of Mr. Williams' family and community ties. § 3142(g)(3)(A). They also provide insights into his character from the perspective of the people who know him best. *Id.*

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas 77002
Telephone: 713.718.4600

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2025, a copy of the foregoing was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Stephen Schammel.

By /s/ Ryan Rones
RYAN RONES

July 25, 2025

Dear Honorable Judge,

My name is Nicolas Richardson, though I prefer to be called Nick. I work as a cashier at Family Dollar, and I am writing this letter in support of my father, Bazile Richardson.

I have known my father since the day I was born—he brought me to America as a baby, and he has never left my side. For the past 19 years, I've lived with him and come to truly understand the kind of man he is: hardworking, loving, and deeply committed to his family.

When it was just the two of us, my father worked day and night to make sure I had food on the table and clothes on my back. We moved from place to place, and there were even times when we had to sleep in his car. But no matter how hard things got, he never gave up. He kept pushing forward—for me.

He always encouraged me to stay focused in school, and he supported me in everything I pursued. We've shared a lot of good times together, from dancing and goofing around to serious conversations about my future. If I ever needed something—like a new pair of shoes—he did whatever it took to make it happen without hesitation. More importantly, he kept me off the streets and continues to push me toward my goal of enlisting in the Army. He believes in me, and he always stands by the decisions I make.

I hope you take this letter as a sincere reflection of the man Bazile Richardson truly is. He's not only my father, but also my greatest supporter and role model.

Thank you for your time and consideration.

Sincerely,
Nicolas "Nick" Richardson

**07/25/2025**

**Dear Honorable Judge,**

My name is  Lourdelyne St Joy. I work as an income Maintenance case worker at DSS in Cumberland County at Fayetteville North Carolina since July 14th of 2025. I am writing this letter in support of Bazile Richardson. I have known him for 18 years, and in a relationship for 9 years, married for four and a half years. Over time, I have come to know him well through his family members.

---

In my experience, Bazile Richardson is hard hard-working Citizen, a family man, who believes everyone can be good.

- He has been a truck driver for over a decade, the owner of a trucking business, and a good taxpayer.
- A great and supportive husband that any woman could ever ask for.
- He's a phenomenal Father to all his 4 children. Besides working long hours, he spent time playing and caring for them.
- He takes good care of his surroundings, especially his family and friends back home in Haiti, by providing financial assistance for housing, school, hospital bills, food, etc...
- He's in a process of building his childhood house for the past years so when he retires he and his family can enjoy it as well.

Bazile Richardson is a family-oriented person, a great leader to his family. All he does is work and come home to me and his children. He sacrifices so much of his time so he can provide for us. I stopped working in 2020 since the Pandemic which was his decision to protect his children and me from the pandemic. Ever since he has been the only breadwinner of the household. We're never out of food, Utilities have always been paid, and our rent. He moved us out of New Jersey so we can have a better life, especially as our family is growing.

I believe that the charges made against him are wrong, there has been some confusion. I firmly believe Bazile Richardson is a person of good moral character who has made great contributions to his community and family and deserves a second chance. I hope the court will take into consideration the positive qualities and contributions of Bazile Richardson when deciding his case.

**Sincerely,**
*Lourdelyne St Joy*
**Lourdelyne St Joy**

Dear Honorable Judge,

My name is Renel Richardson, and I am a Pastor at Pye Lakwa Christian Center in Bridgeport, Connecticut. As the owner of "Jes Transportation Logistic," I am writing to wholeheartedly support my younger brother, Bazile Richardson.

Raised by our mother alongside seven other siblings, Bazile is the youngest. I've admired his creativity since childhood, and as he's grown, I've witnessed his strong work ethic firsthand. As a dedicated truck driver, he works tirelessly to provide for his family. His determination led him to relocate from New Jersey to North Carolina in pursuit of better opportunities.

Bazile takes great pride in his Haitian heritage and has invested in building a home in Haiti using his own resources. His love for people and his country is evident in his continued investments there, recognizing the importance of his roots. I recall introducing him to a business opportunity in 2002, where he worked diligently for a company owned by a friend. Prior to that, he gained valuable experience working at a bakery I managed in 2000.

Bazile is a kind and resourceful individual who would be a valuable asset to any community he resides in. I am proud to stand in support of his endeavors and attest to his character.

Sincerely,

Renel Richardson









